# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| THOMAS & BETTS CORPORATION and THOMAS & BETTS INTERNATIONAL, INC., | : |
| Plaintiffs, | : |
| v. | : Civil Action No.: 05-02267 DP |
| HUBBELL INCORPORATED and HUBBELL POWER SYSTEMS, INC., | : |
| Defendants. | : |

## ORDER ADMITTING COUNSEL *PRO HAC VICE*

For good cause shown,

IT IS HEREBY ORDERED, pursuant to Local Rule 83.1(b)(1), that Charles R. Hoffmann and Glenn T. Henneberger of the firm of Hoffmann & Baron, LLP, of Syosset, New York, and Salvatore J. Abbruzzese of the firm of Hoffmann & Baron, LLP, of Parsippany, New Jersey be admitted *pro hac vice* for the purpose of acting as attorneys in the above-captioned case on behalf of Plaintiffs, Thomas & Betts Corporation and Thomas & Betts International, Inc.

UNITED STATES DISTRICT JUDGE

DATE: May 16, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5/19/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CV-02267 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

---

Jeremy G. Alpert
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Douglas F. Halijan
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Taylor Cates
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Oscar C. Carr
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT