IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

```
THOMAS & BETTS CORPORATION,     )
et al.,                         )
                                )
        Plaintiffs,             )
                                )
vs.                             )    Civ. No. 05-2267-D/P
                                )
HUBBELL INCORPORATED, et al.,   )
                                )
        Defendants.             )
                                )
THOMAS & BETTS CORPORATION.     )
et al.,                         )
                                )
Plaintiff's/Cross-Defendants.   )
                                )
vs.                             )
                                )
HUBBELL INCORPORATED,           )
                                )
Defendant/Cross-Plaintiff.      )
                                )
                                )
```

## SCHEDULING ORDER

Pursuant to the scheduling conference set by written notice, the following dates were established as the final dates for the case involving alleged patent infringement:

**INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26(a)(1):** July 1, 2005

**JOINING PARTIES:** July 29, 2005

**AMENDING PLEADINGS:** July 29, 2005

**INITIAL MOTIONS TO DISMISS:** July 29, 2005



This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

**COMPLETING ALL DISCOVERY**: February 24, 2006

    **(a) DOCUMENT PRODUCTION**: February 24, 2006

    **(b) DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS**: February 24, 2006

    **(c) EXPERT WITNESS DISCLOSURE (Rule 26)**:

        **(1) DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION**: March 24, 2006

        **(2) DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION**: April 7, 2006

        **(3) EXPERT WITNESS DEPOSITIONS**: May 5, 2006

**FILING DISPOSITIVE MOTIONS**: June 30, 2006

**OTHER RELEVANT MATTERS**:

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for a non-jury trial. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge. It is anticipated that the trial will last approximately five (5) days.

This case may be appropriate for ADR. The parties are to appear before Magistrate Judge Pham on Thursday, September 15, 2005, at 9:30 a.m., for a status conference to discuss the possibility of ADR.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

At this time, the parties have not given consideration to whether they wish to consent to trial before the magistrate judge. The parties will file a written consent form with the court should they decide to proceed before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

June 22, 2005
_____
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CV-02267 was distributed by fax, mail, or direct printing on June 23, 2005 to the parties listed.

---

Jeremy G. Alpert
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Douglas F. Halijan
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Taylor Cates
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Oscar C. Carr
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT