IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUL -1 PM 3: 01

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN. MEMPHIS

| | | |
|---|---|---|
| THOMAS & BETTS CORPORATION and<br>THOMAS & BETTS INTERNATIONAL, INC., | : | |
| Plaintiffs, | : | |
| v. | : | No. 05-02267 DP |
| HUBBELL INCORPORATED and<br>HUBBELL POWER SYSTEMS, INC., | : | |
| Defendants. | : | |
| THOMAS & BETTS CORPORATION and<br>THOMAS & BETTS INTERNATIONAL, INC., | : | |
| Plaintiffs/Cross-Defendants, | : | |
| v. | : | |
| HUBBELL INCORPORATED, | : | |
| Defendant/Cross-Plaintiff. | : | |

---

## ORDER FOR ADMISSION *PRO HAC VICE*

---

Upon motion by counsel, and for good cause shown, it is hereby

ORDERED that Alfred N. Goodman and Mark Steven Bicks of the law firm of Roylance,
Abrams, Berdo & Goodman, LLP, 1300 19th Street, N.W., Suite 600, Washington, D.C. 20036,
are hereby admitted to the bar of this court *pro hac vice* for the purpose of acting as counsel for
defendants Hubbell Incorporated and Hubbell Power Systems, Inc. in the above-captioned
matter.

UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

Date: July 1, 2005

1

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed a copy of the foregoing to: Jeremy G. Alpert, Esq. and Oscar C. Carr, III, Esq. of Glankler Brown, One Commerce Square, Suite 1700, Memphis, TN 38103; and Charles R. Hoffmann, Esq., Salvatore J. Abbruzzese, Esq. and Glenn T. Henneberger, Esq. of Hoffmann & Baron, LLP, 6900 Jericho Turnpike, Syosset, NY 11791-4407, this 24 day of June, 2005.

Douglas F. Halijan

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 2:05-CV-02267 was distributed by fax, mail, or direct printing on July 5, 2005 to the parties listed.

---

Douglas F. Halijan
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Taylor Cates
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Oscar C. Carr
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Jeremy G. Alpert
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT