FILED BY ___ D.C.

05 AUG 17  AM 10: 22

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

---

**THOMAS & BETTS CORPORATION and**
**THOMAS & BETTS INTERNATIONAL, INC.,**

    Plaintiffs,

v.

**HUBBELL INCORPORATED and**
**HUBBELL POWER SYSTEMS, INC.,**

    Defendants.

**THOMAS & BETTS CORPORATION and**
**THOMAS & BETTS INTERNATIONAL, INCL.,**

    Plaintiffs/Cross-Defendants,

**HUBBELL INCORPORATED,**

    Defendant/Cross-Plaintiff.

Case No.: 05-2267 D P

---

### ORDER ON MOTION TO DISMISS OR
### IN THE ALTERNATIVE FOR NON DEFINITE STATEMENT

---

Before the court is the motion of Defendant/Cross-Plaintiff Hubbell Incorporated ("Hubbell") seeking dismissal of the complaint for failure to state a cause of action for which relief can be granted. Fed.R.Civ.P. 12(b)(6), or in the alternative for more definite statement, Fed.R.Civ.P. 12(e). In response to the motion, Plaintiff, Thomas and Betts, has filed an amended complaint.

This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on 8-18-05



Upon review of the amended complaint, the court finds that the motion to dismiss or for more definite statement should be denied, as the amended complaint addresses the earlier deficiencies.

**IT IS SO ORDERED** this 16th day of August, 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:05-CV-02267 was distributed by fax, mail, or direct printing on August 18, 2005 to the parties listed.

---

Mark S. Bicks
ROYLANCE ABRAMS BERDO & GOODMAN, LLP
1300 19th Street, N.W.
Ste. 600
Washington, DC 20036

Alfred N. Goodman
ROYLANCE ABRAMS BERDO & GOODMAN, LLP
1300 19th Street, N.W.
Ste. 600
Washington, DC 20036

Jeremy G. Alpert
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Taylor Cates
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Douglas F. Halijan
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Oscar C. Carr
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT